UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                              :
FELIPE XAR TZITZIMI, *individually and on*                    :
*behalf of others similarly situated*,                        :
                                                              :
                                        Plaintiff,            :        25-CV-8858 (VSB)
                                                              :
                        -against-                             :        **ORDER**
                                                              :
BELGIAN BRASSERIE LLC (d/b/a B CAFE                           :
EAST), and SKEL ISLAMAJ,                                       :
                                                              :
                                        Defendants.           :
                                                              :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 27, 2025, (Doc. 1), and filed an affidavit of service

as to Defendant Belgian Brasserie LLC ("Belgian Brasserie") on October 30, 2025, (Doc. 7) and

Defendant Skel Islamaj ("Islamaj") on December 8, 2025, (Doc. 9). The deadline for Belgian

Brasserie to respond to Plaintiff's complaint was November 19, 2025. The deadline for Islamaj

to respond to Plaintiff's complaint was December 24, 2025. To date, Defendants have not

appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this

case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in

accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than

**February 18, 2026**. If Plaintiff fails to do so or otherwise demonstrate that he intends to

prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule

of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 28, 2026
          New York, New York

VERNON S. BRODERICK
United States District Judge