UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                     :

FELIPE XAR TZITZIMIT, *individually and*   :
*on behalf of others similarly situated*,      :

                                  :

                Plaintiff,     :              25-CV-8858 (VSB)

                                  :

        - against -          :                 **ORDER**

                                  :

BELGIAN BRASSERIE LLC (d/b/a B CAFE  :
EAST), and SKEL ISLAMAJ,         :

                                  :

               Defendants.   :

                                  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        This action was initiated on October 27, 2025.  (Doc. 1.)  Plaintiff filed affidavits of

service indicating that Defendant Belgian Brasserie LLC was served through the Secretary of

State on October 29, 2025, (Doc. 7), and Defendant Skel Islamaj was served on December 3,

2025 at Maison Patisserie, his actual place of business, (Doc. 9).  On February 24, 2026, Plaintiff

filed: (i) a Motion for Default Judgment, (ii) the Memorandum of Law in Support of Plaintiff's

Motion for Default Judgment, (iii) the Declaration of Michael Faillace in Support of Plaintiff's

Motion for Default Judgment, (iv) the certificate of service of the Motion for Default Judgment,

Declaration of Michael Faillace in Support of Plaintiff's Motion for Default Judgment, and

Plaintiff's Memorandum of Law in Support of Motion for Default Judgment, and (v) the

Certificates of Default against Defendant Belgian Brasserie LLC (d/b/a B Cafe East) and

Defendant Skel Islamaj.  (Docs. 16–19.)  On April 8, 2026, I issued an Order to Show Cause and

directed Plaintiff to serve the Defendants with a copy of that Order by April 15, 2026 and file

proof of service on the docket.  (Doc. 20.)  On April 9, 2026, Plaintiff filed a certificate of

service indicating that he served Defendants with copies of my April 8, 2026 Order to Show

Cause.  (Doc. 21.)  On May 8, 2026, I held a hearing on Plaintiff's Motion for Default Judgment, during which Plaintiff's counsel stated that Mr. Islamaj was served at Maison Patisserie because he either owns or works at that business.

As of the date of this order, Belgian Brasserie LLC is listed as an "active" corporation pursuant to the New York Department of State Division of Corporations Entity Information webpage, https://apps.dos.ny.gov/publicInquiry/EntityDisplay.  However, Belgian Brasserie LLC appears to have closed in October 2025, around the time that this action was initiated, and before Defendants were served with any documents in this case.  *See* Dashiell Allen, *UES Fixture B. Cafe Suddenly Closes After Nearly 20 Years*, Upper East Site, (Oct. 17, 2025 at 3:07 PM), https://www.uppereastsite.com/b-cafe-closed-ues/.  "If a business closes prior to service but does not notify the Secretary of State of its closure, delivery of summons and complaint to the Secretary of State still constitutes sufficient service on a corporation."  *Holliman v. ASA Coll., Inc.*, No. 23-CV-2340, 2024 WL 5659976, at *10 (E.D.N.Y. Aug. 29, 2024); *see also Logan v. World Luxury Cars, Inc.*, No. 15-CV-00248, 2022 WL 2466834, at *5 (E.D.N.Y. March 30, 2022), *report & recommendation adopted*, 2023 WL 156878 (E.D.N.Y. Jan. 11, 2023) ("[A]lthough Defendants argue that World Luxury Cars 'is no longer in operation' and 'has effectively been closed' as of 2013, it was still listed with the Department of State as an active corporation as recently as 2021.  Thus, the Secretary of State had the correct address for an existing corporation, and there is no question that the summons and complaint was sent to and properly served on the Corporate Defendant." (internal citations omitted)).  However, Plaintiff served his Motion for Default Judgment and a copy of my April 8, 2026 Order to Defendant Belgian Brasserie LLC via "First-Class Mail, through the United States Postal Service" to Belgian Brasserie LLC's address, not through the Secretary of State.  (Docs. 19, 21.)

Accordingly, it is hereby:

ORDERED that, by **May 26, 2026**, Defendants shall file a letter explaining why the service of the Motion for Default Judgment and my April 8, 2026 Order on Defendant Belgian Brasserie LLC were proper or shall file an affidavit of service indicating proper service of the Motion for Default Judgment, all accompanying papers, my April 8, 2026 Order, and this Order on Defendant Belgian Brasserie LLC.

SO ORDERED.

Dated:  May 11, 2026
        New York, New York

_____
Vernon S. Broderick
United States District Judge