UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
FELIPE XAR TZITZIMIT, *individually and*                :
*on behalf of others similarly situated*,               :
                                                        :
                                        Plaintiff,      :          25-CV-8858 (VSB)
                                                        :
                        - against -                     :          **ORDER**
                                                        :
BELGIAN BRASSERIE LLC (d/b/a B CAFE                     :
EAST), and SKEL ISLAMAJ,                                :
                                                        :
                                        Defendants.     :
                                                        :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On May 12, 2026, I issued an order stating that "by **May 26, 2026**, Defendants shall file a letter explaining why the service of the Motion for Default Judgment and my April 8, 2026 Order on Defendant Belgian Brasserie LLC were proper or shall file an affidavit of service indicating proper service of the Motion for Default Judgment, all accompanying papers, my April 8, 2026 Order, and this Order on Defendant Belgian Brasserie LLC."  (Doc. 22 (emphasis in original).)  The May 12, 2026 Order directing Defendants to file a letter included a typographical error that was instead intended to direct Plaintiff to file a letter.  Accordingly, it is hereby:

ORDERED that, by **June 16, 2026**, Plaintiff shall file a letter explaining why the service of the Motion for Default Judgment and my April 8, 2026 Order on Defendant Belgian Brasserie LLC were proper or shall file an affidavit of service indicating proper service of the Motion for Default Judgment, all accompanying papers, my April 8, 2026 Order, the May 12, 2026 Order, and this Order on Defendant Belgian Brasserie LLC.

SO ORDERED.

Dated:  June 8, 2026
      New York, New York

Vernon S. Broderick
United States District Judge