UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
FELIPE XAR TZITZIMIT, *individually and*                :
*on behalf of others similarly situated,*               :
                                                        :
                                    Plaintiff,          :          25-CV-8858 (VSB)
                                                        :
                        - against -                     :          **<u>ORDER</u>**
                                                        :
BELGIAN BRASSERIE LLC (d/b/a B CAFE                     :
EAST), and SKEL ISLAMAJ,                                :
                                                        :
                                    Defendants.         :
                                                        :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 8, 2026, I issued an Order to Show Cause for Default Judgment, (Doc. 20), and

on May 8, 2026, I held a telephonic hearing on Plaintiff's Motion for Default Judgment.

Following the hearing, on May 12, 2026, I issued an order noting that Belgian Brasserie LLC

appears to have closed in October 2025, around the time that this action was initiated, and before

Defendants were served with any documents in this case.  (Doc. 22 at 2.)  Thus, I ordered that

"Defendants [to] file a letter explaining why the service of the Motion for Default Judgment and

my April 8, 2026 Order on Defendant Belgian Brasserie LLC," via First-Class Mail, through the

United States Postal Service to Belgian Brasserie LLC's address, not through the Secretary of

State, was "proper or [to] file an affidavit of service indicating proper service of the Motion for

Default Judgment, all accompanying papers, my April 8, 2026 Order, and this Order on

Defendant Belgian Brasserie LLC."  (*Id.* at 3.)  The May 12, 2026 Order directing Defendants to

file a letter included a typographical error that was instead intended to direct Plaintiff to file the

letter or affidavit of service, not Defendants.  Thus, on June 8, 2026, I issued a second order

correcting the typographical error and directing Plaintiff to "file a letter explaining why the

service of the Motion for Default Judgment and my April 8, 2026 Order on Defendant Belgian Brasserie LLC were proper or [] file an affidavit of service indicating proper service of the Motion for Default Judgment, all accompanying papers, my April 8, 2026 Order, the May 12, 2026 Order, and this Order on Defendant Belgian Brasserie LLC" "by **June 16, 2026**." (Doc. 25 (emphasis in original).) To date, however, Plaintiff has not filed a letter or an affidavit of service, and has not requested an extension of time to do so. Accordingly, it is hereby:

ORDERED that Plaintiff's time to file a letter explaining why the service of the Motion for Default Judgment and my April 8, 2026 Order on Defendant Belgian Brasserie LLC via First-Class Mail, through the United States Postal Service to Belgian Brasserie LLC's address, not through the Secretary of State, was proper or file an affidavit of service indicating proper service of the Motion for Default Judgment, all accompanying papers, my April 8, 2026 Order, the May 12, 2026 Order, the June 8, 2026 Order, and this Order on Defendant Belgian Brasserie LLC is extended *nunc pro tunc* to **June 30, 2026**. If Plaintiff does not file a letter or affidavit of service indicating proper service on Defendant Belgian Brasserie LLC by June 30, 2026, I may dismiss the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 23, 2026
        New York, New York

Vernon S. Broderick
United States District Judge

2