UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

FELIPE XAR TZITZIMIT, *individually and on behalf of others similarly situated*,

Plaintiff,

- against -

BELGIAN BRASSERIE LLC (d/b/a B CAFE EAST), and SKEL ISLAMAJ,

Defendants.

--------------------------------------------------------X

25-CV-8858 (VSB)

**DEFAULT JUDGMENT**

VERNON S. BRODERICK, United States District Judge:

In accordance with my comments at the Order to Show Cause hearing on May 8, 2026, it is hereby:

ORDERED that default judgment as to liability is entered in favor of Plaintiff and against all Defendants. This case will be referred to Magistrate Judge Willis for an inquest on damages.

SO ORDERED.

Dated: July 13, 2026
New York, New York

VERNON S. BRODERICK
United States District Judge