**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

FLIPE XAR TZITZIMIT *individually and behalf of others similarly situated*,

Plaintiff,

-against-

BELGIAN BRASSERIE LLC et al.,

Defendant.

---------------------------------------------------------------

**ORDER**

**25-CV-8858 (VSB) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Honorable Judge Broderick referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against all Defendants.

Accordingly, IT IS HEREBY ORDERED that, on or before **August 12, 2026,**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before **August 26, 2026,** the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated: July 15, 2026
New York, New York

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge